UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00298-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES MICHAEL BAKER,

      Defendant.

---

## ORDER

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, April 20, 2009,** and responses to these motions shall be filed by **Monday, May 4, 2009.**  It is

    FURTHER ORDERED that a counsel shall contact my chambers to schedule a hearing on all pending motions, if any, and final trial preparation conference, if necessary.   It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 1, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: March 27, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge